No. 93–429. EPISCOPAL HOSPITAL ET AL. *v.* SHALALA, SEC-
RETARY OF HEALTH AND HUMAN SERVICES. C. A. D. C. Cir.
Certiorari denied.

No. 93–464. G–K DEVELOPMENT CO., INC. *v.* BROADMOOR
PLACE INVESTMENTS ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–575. IDAHO ET AL. *v.* ARNZEN. Sup. Ct. Idaho. Cer-
tiorari denied.

No. 93–590. SCHMIDT ET AL. *v.* UNITED STATES. C. A. 8th
Cir. Certiorari denied.

No. 93–613. TESORERIA GENERAL DE LA SEGURIDAD SOCIAL
DE ESPANA *v.* BANCO DE CREDITO INDUSTRIAL, S. A. C. A. 5th
Cir. Certiorari denied.

No. 93–618. SHIELDS *v.* UNITED STATES. C. A. 7th Cir. Cer-
tiorari denied.

No. 93–620. MILENA SHIP MANAGEMENT CO., LTD., ET AL.
*v.* NEWCOMB, DIRECTOR, OFFICE OF FOREIGN ASSETS CONTROL,
DEPARTMENT OF THE TREASURY, ET AL. C. A. 5th Cir. Cer-
tiorari denied.

No. 93–630. LEAGUE OF UNITED LATIN AMERICAN CITIZENS
ET AL. *v.* ATTORNEY GENERAL OF TEXAS ET AL.;
No. 93–871. WOOD *v.* ATTORNEY GENERAL OF TEXAS ET AL.;
and
No. 93–928. ATTORNEY GENERAL OF TEXAS ET AL. *v.* ENTZ
ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–632. ANTARES AIRCRAFT, L. P. *v.* FEDERAL REPUBLIC
OF NIGERIA ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–635. GERBER *v.* UNITED STATES. C. A. 7th Cir. Cer-
tiorari denied.

No. 93–657. CITY OF CHICAGO *v.* WILLIS; and
No. 93–875. WILLIS *v.* CITY OF CHICAGO. C. A. 7th Cir.
Certiorari denied.